James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Defendant*
*Granite Crest Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO:   2:15-cv-01293-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

1

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendant, Granite Crest Homeowners Association ("Granite Crest"), is granted up to and including October 25, 2015, to file a responsive pleading in this matter. Defendant has entered into settlement discussions with Plaintiff and will convene its board in mid-October in order to determine whether a resolution can be agreed upon. In order to avoid the necessity of additional motion practice during the period required for the board to meet and evaluate their position the parties hereby stipulate to the extension as outlined above.

DATED this 14th day of September, 2015.   DATED this 14th day of September, 2015.

**PENGILLY LAW FIRM**

*[signature]*

James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T:  (702) 889-6665; F: (702) 889-6664
*Counsel for Defendant Granite Crest Homeowners Association*

**AKERMAN LLP**

/s/ Donna Wittig

Ariel Stern, Esq.
Nevada Bar No. 8276
Donna M. Wittig, Esq.
Nevada Bar No. 11015
1160 Town Center Dr. Suite 330
Las Vegas, NV  89144
T:  (702) 634-5000; F: (702)
*Counsel for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this __21st__ day of __September__, 2015

_[signature]_
UNITED STATES MAGISTRATE JUDGE