James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Defendant*
*Granite Crest Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-01293-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Defendant, Granite Crest Homeowners Association ("Granite Crest"), is granted up to and including November 18, 2015, to file a responsive pleading in this matter. Defendant has retained another attorney to defend this matter and new counsel will need two weeks in order to become familiar with the case before filing a responsive pleading.

DATED this 4th day of November, 2015.

**PENGILLY LAW FIRM**

/s/ Elizabeth Lowell
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Defendant Granite Crest Homeowners Association*

DATED this 4th day of November, 2015.

**AKERMAN LLP**

/s/ Donna Wittig
Ariel Stern, Esq.
Nevada Bar No. 8276
Donna M. Wittig, Esq.
Nevada Bar No. 11015
1160 Town Center Dr. Suite 330
Las Vegas, NV 89144
T: (702) 634-5000; F: (702)
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of November, 2015

_____
United States Magistrate Judge