SAO
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
GRANITE CREST HOMEOWNERS
ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

NATIONSTAR MORTGAGE, LLC,

    Plaintiff,

vs.

GRANITE CREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

    Defendant.

Case No.:2:15-CV-01293-RFB-NJK

**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES the Defendant Granite Crest Homeowners Association ("Granite Crest"), is granted up to and including November 25, 2015, to file a responsive pleading in this matter. Defendant has retained our office to defend this matter and the additional time is needed to become familiar with the case before filing a

///

1

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI & ZANIEL, LLC, and that on the 17th day of November, 2015, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:** STIPULATION AND ORDER EXTENDIG TIME TO FILE RESPONSIVE PLEADING

**Person(s) Served:** Donna M. Witting, Esq. and Ariel Stern, Esq.

Ariel Stern, Esq.
Donna M. Wittig, Esq.
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Attorneys for Plaintiff

James W. Pengilly, Esq.
Elizabeth Lowell, Esq.
**PENGILLY LAW FIRM**
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

/s/ Sara Coppage
An EMPLOYEE OF RANALLI & ZANIEL, LLC

responsive pleading.

Dated this 17th day of November, 2015.

| RANALLI & ZANIEL, LLC | AKERMAN LLP |
|---|---|
| /s/ George M. Ranalli, Esq. | /s/ Donna M. Wittig, Esq. |
| George M. Ranalli, Esq.<br>Nevada Bar No. 5748<br>Jason Andrew Fowler, Esq.<br>Nevada Bar No. 8071<br>2400 Horizon Ridge Pkwy<br>Henderson, NV 89052<br>Attorneys for Defendant | Ariel Stern, Esq.<br>Nevada Bar No. 8276<br>Donna M. Wittig, Esq.<br>Nevada Bar No. 11015<br>1160 Town Center Drive,<br>Suite 330<br>Las Vegas, Nevada 89144<br>Attorneys for Plaintiff |

**ORDER**

It IS SO ORDERED.

Dated this 18th day of November, 2015

_____
United States Magistrate Judge

2