# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, ) | |
| ) | Case No. 2:15-cv-01293-RFB-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| ) | |
| GRANITE CREST HOMEOWNERS ) | |
| ASSOCIATION, et al., ) | (Docket No. 27) |
| ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is a joint proposed discovery plan. Docket No. 27. The parties seek special scheduling review for a discovery period beyond the presumptively reasonable period of 180 days calculated from the date of the first appearance by a defendant. *See id.* at 2. The parties contend an extended discovery period is warranted because of a recent substitution of counsel and due to the pendency of many similar actions involving the parties. The reasons proffered are insufficient for an extended discovery period, and the discovery plan is hereby **DENIED**. *See, e.g.*, *Nationstar Mortgage LLC v. Aurora Canyon Homeowners Association*, Case No. 2:15-cv-1308-MMD-NJK (D. Nev. Aug. 21, 2015) (Docket No. 26) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015)) (denying extended discovery period in HOA foreclosure case due to the volume of similar cases); *see also* Local Rule IA 10-6(d) (providing that substitution alone shall not be reason for delay of pretrial proceedings or discovery).

1  No later than March 4, 2016, the parties shall submit an amended discovery plan that complies
2  in full with Local Rule 26-4.
3  IT IS SO ORDERED.
4  DATED: March 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge