ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No.12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01293-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Nationstar Mortgage LLC and defendant Granite Crest Homeowners Association, by and through their counsel of record, being the only parties to have appeared in this matter, hereby stipulate to the voluntary dismissal, with prejudice, of all claims against all defendants in this matter, pursuant to NRCP 41(a)(1)(ii), each party to bear their own fees and costs.

///

///

///

The parties stipulate that any and all injunctions or restraining orders entered in this matter are released and plaintiff shall be entitled to the return of any bond posted in this matter.

DATED this 2nd day of August, 2017.

**AKERMAN LLP**

*/s/ Vatana Lay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No.12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff Nationstar Mortgage LLC*

DATED this 2nd day of August, 2017

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Jason Andrew Fowler (By permission)*
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorneys for Granite Crest Homeowners Association*

2

41836703;2

## ORDER

Based on the above stipulation between plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendants Granite Crest Homeowners Association (**Granite Crest**), the Parties' agreement, and good cause appearing therefore,

**IT IS FURTHER ORDERED** that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this 9th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

**AKERMAN LLP**

*/s/ Vatana Lay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No.12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff Nationstar Mortgage LLC*

41836703;2